

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

WILLIAM J. CUNDITT,

    Petitioner,

vs.

HIGH DESERT STATE PRISON, *et al.*,

    Respondents.

3:11-cv-00785-ECR-WGC

**ORDER**

    This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. Petitioner has filed two motions to proceed *in forma pauperis*. (ECF Nos. 1, 4.)

    Petitioner's motions to proceed *in forma pauperis* are not on the form approved by this court and are incomplete. Petitioner must submit his application to proceed *in forma pauperis* on the court-approved form along with a financial certificate properly executed by an appropriate institutional officer and a statement of the petitioner's inmate trust fund account for the past six months. 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-1; Local Rule LSR 1-2.

    Petitioner will be granted the opportunity to do one of the following: (1) pay the filing fee of

1 | $5.00, or (2) file a fully completed application to proceed *in forma pauperis* on the court-approved form.

2 | **IT IS THEREFORE ORDERED** that petitioner's motions to proceed *in forma pauperis* (ECF
3 | Nos. 1, 4) are **DENIED.**

4 | **IT IS FURTHER ORDERED** that petitioner shall, within **thirty (30) days** from the date of
5 | entry of this order, do one of the following: (1) pay the filing fee of $5.00, or (2) file a fully completed
6 | application to proceed *in forma pauperis,* on the correct form, including a financial certificate signed
7 | by an authorized prison or jail officer and a statement of his inmate trust fund account for the six months
8 | prior to the filing of his application.

9 | **IT IS FURTHER ORDERED** that if petitioner does not timely comply with this order,
10 | dismissal of this action may result.

11 | **IT IS FURTHER ORDERED** that the clerk shall **SEND** plaintiff the approved form for an
12 | application to proceed *in forma pauperis* and instructions for the same.

13 | **IT IS FURTHER ORDERED** that the clerk shall retain the petition, but shall not file it at this
14 | time.

15 | Dated this __13__ day of December, 2011.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE

2