AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF   NEVADA

WILLIAM J. CUNDITT,

    Petitioner,

V.

HIGH DESERT STATE PRISON, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:11-CV-00785-ECR-WGC**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE** for petitioner's failure to obey this court's order of December 14, 2011 (#12).

February 1, 2012

**LANCE S. WILSON**
Clerk

/s/ D. R. Morgan
Deputy Clerk